## ADVERTISING ORDER

U. S. Marshals Service - Department of Justice
Room 2110    601 Market St., Phila, PA 19106

The publisher of The Intelligencer is authorized to publis[h this]
advertisement according to the schedule below, provided th[at no]
excess of the commercial rates charged to private individu[als or]
discounts. It is to be set solid, without paragraphing, a[nd no]
display in the heading unless otherwise expressly authoriz[ed by]
specifications.

NAME OF PUBLICATION: The Intelligencer
SUBJECT OF ADVERTISEMENT: sale of real property
EDITION OF PAPER ADVERTISEMENT APPEARED: daily
NUMBER OF TIMES ADVERTISEMENT APPEARED: 4x's
DATE(S) ADVERTISEMENT APPEARED: April 1, 8, 15 and 22, 200[3]
SPECIFICATIONS FOR ADVERTISEMENT:
COPY FOR ADVERTISEMENT: Linda Marques

AUTHORITY TO ADVERTISE

DATE: March 25, 2003
CASE NUMBER: Case No.#02-4853
SIGNATURE OF AUTHORIZING OFFICIAL: _____
---------- PUBLIC VOUCHER FOR ADVERTISING--[ATTACH COPY OF A[D]
CHARGES TO BE FILLED OUT BY NEWSPAPER:

TIMES ADVERTISEMENT APPEARED: 4 times
NUMBER OF LINES IN AD: 351 lines
COST PER LINE: $4.76 per line
    1 Affidavit 8.43
TOTAL COST: 9 1679.19

AFFIDAVIT - This represents a true billing for the attached [ad]
with specifications and copy, which has been completed.
SIGNATURE OF ~~PUBLISHER~~: Susan L McGurk
TITLE: Billing Manager

NAME OF PUBLICATION: The Intelligencer
ADDRESS: 333 North Broad Street
Doylestown, PA 18901

--------------------------------------------------------

FOR U.S.MARSHAL SERVICE USE ONLY

I certify that the advertisement described above appeared i[n the]
publication and that this account is correct and eligible f[or payment].

SIGNATURE OF CERTIFYING OFFICER: _____
DATE: _____
ACCOUNT: _____    CHECK # _____

---

**NOTICE OF U.S. MARSHAL'S SALE OF REAL PROPERTY**

Public Notice is hereby given, that by virtue of an Order for Foreclosure and Sale of Real Estate dated January 3, 2003, issued out of the United States District Court for the Eastern District of Pennsylvania, in Civil Action No. 02CV-4853 on a judgment in the amount of $62,694.80 plus interest from December 31, 2001 rendered in the Court, in favor of the United States of America and against LINDA MARQUES, the following described real estate, located at 218 Jefferson Court, Quakertown, PA 18951, shall be offered for sale on April 29, 2003 at 10:00 AM at the property address of: 218 Jefferson Court, Quakertown, PA 18951, at public auction, to the highest and best bidder by the U.S. Marshal for the Eastern District of Pennsylvania:

ALL THAT CERTAIN Messuage and tract of land, together with the dwelling now there on, erected known as 218 Jefferson Court situate in Quakertown Borough, Bucks County, Pennsylvania and described according to a certain plan thereof known as Final Plan of Quakertown East, made [by]... Bucks County Parcel Number 35-6-48-103.

Terms of Sale: Ten percent (10%) of the highest sum bid must be deposited by the highest bidder in cashier's check or certified check with the Marshal upon the property being struck down to such bidder. Upon failure to make such deposit, the bidder shall lose the benefit of this bid and the property may be immediately put up again and sold unless a deposit of the sum required be made by a second bidder willing to take the property at the highest price bid. The balance of the purchase price shall be paid in cashier's check or certified check within ten (10) days after confirmation of the sale by Court Order without any demand being made by the Marshal. Otherwise, the Marshal may settle with a second bidder who has made the required deposit at the Marshal's Sale and thereby registered their willingness to take the property at the highest price bid provided such second bidder deposits the balance of the purchase price within 10 days after notice from the Marshal of the first bid[der's default]...

case of any deficiency in such resale, the defaulting bidder shall make good the same to the person injured thereby and the deposit shall be forfeited and distributed with the other funds created by the sale.

The successful bidder takes the real estate subject to, and shall pay all taxes, water rents, sewer charges, municipal claims, and other charges and liens not divested by the sale and must also pay all state and local realty transfer taxes or stamps, to the extent the fund created by the sale is insufficient to pay such transfer taxes.

Distribution of Proceeds: A Schedule of Proposed Distribution of the proceeds of sale will be filed with the Marshal within ten (10) days of confirmation by Court Order of the sale. No Schedule of Distribution will be filed if the property is sold to the Plaintiff for costs only. The Marshal shall distribute the proceeds of sale in accordance with the proposed Schedule of Distribution unless written exceptions are filed with the Marshal not later than ten (10) days after the filing of the proposed schedule.

For information concerning the amount that Plaintiff intends to bid or for other information you may contact:
Michelle Hartzell
Phone#: (610) 775-5474
or Michael McKeever
Phone #: (215) 627-1322
MMcKeever@goldbeck-law.com

For a complete list of all properties offered for sale by the Department of Agriculture go to:
http://www.resales.usda.gov/

4t A 1, 8, 15, 22