UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>LINDA MARQUES<br><br>Defendant | CIVIL NO. 02-CV-4853 |

### CERTIFICATE OF SERVICE
### PURSUANT TO Pa.R.C.P. 3129.2 (c) (2)

Joseph A. Goldbeck, Jr., Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

( )  Personal Service by the Sheriff's Office/competent adult (copy of return attached).
( )  Certified mail by Joseph A. Goldbeck, Jr. (original green Postal return receipt attached).
( )  Certified mail by Sheriff's Office.
( )  Ordinary mail by Joseph A. Goldbeck, Jr., Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
( )  Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
( )  Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.

**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**

(X)  Premises was posted by ~~Sheriff's Office~~/competent adult (copy of return attached).
( )  Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
(X)  Certified Mail & ordinary mail by Joseph A. Goldbeck, Jr. (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Joseph A. Goldbeck, Jr., Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

Respectfully submitted,

BY: Joseph A. Goldbeck, Jr.
Attorney for Plaintiff

7160 3901 9844 2550 7829

**TO:** MARQUES, LINDA
**LINDA MARQUES**
218 Jefferson Court
Quakertown, PA 18951

**SENDER:** GOLDBECK MCCAFFERTY & MCKEEVE
March 7, 2003

**REFERENCE:** MARQUES, LINDA / USA-0173
– Bucks

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE



**GOLDBECK McCAFFERTY & McKEEVER**
Suite 500 The Bourse Building
111 S. Independence Mall East
Philadelphia, Pennsylvania 19106

Name and Address of Sender

Check type of mail:
☐ Express  ☐ Return Receipt (RR) for Merchandise
☐ Registered  ☐ Certified
☐ Insured  ☐ Int'l Rec. Del.
☐ COD  ☐ Del. Confirmation (DC)

If Registered Mail check below:
☐ Insured
☐ Not Insured

Affix stamp here if issued as certificate of mailing, or for additional copies of this bill.

| Line | Article Number | Addressee Name, Street, and PO Address | Postage | Fee | Handling Charge | Actual Value (If Reg.) | Insured Value | Due Sender If COD | RR Fee | DC Fee | SC Fee | SH Fee | SD/RD Fee | Postmark and Date of Receipt | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | PA DEPARTMENT OF REVENUE<br>Bureau of Accounts Settlement<br>P.O. Box 8901<br>Harrisburg, PA 17105 | | | | | | | | | | | | | |
| 2 | | ROBET E. MARQUIS<br>7219 Radcliffe Street<br>Bristol, PA 19007 | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | ELIZABETH ANN MARQUIS<br>7219 Radcliffe Street<br>Bristol, PA 19007 | | | | | | | | | | | | | |
| 5 | | PA DEPARTMENT OF PUBLIC WELFARE<br>Bureau of Child Support Enforcement<br>Health and Welfare Bldg. - Room 432<br>P.O. Box 2675<br>Harrisburg, PA 17105-2675 | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | | DOMESTIC RELATIONS OF BUCKS COUNTY<br>30 East Court Street<br>Doylestown, PA 18901 | | | | | | | | | | | | | |
| 8 | | OCCUPANTS/TENANTS<br>218 Jefferson Ct.<br>Quakertown, PA 18951 | | | | | | | | | | | | | |
| 9 | | ALAN C. MARQUIS<br>600 Rosalind Run<br>Yardley, PA 19067 | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | MARQUES, LINDA<br>**LINDA MARQUES**<br>218 Jefferson Court<br>Quakertown, PA 18951 | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee)

PS Form 3877, April 1999

The full declaration of value is required on all domestic and international registered mail. The maximum indemnity payable for the reconstruction of nonnegotiable documents under Express Mail document reconstruction insurance is $50,000 per piece subject to a limit of $500,000 per occurrence. The maximum indemnity payable on Express Mail merchandise insurance is $500. The maximum indemnity payable is $25,000 for registered mail sent with optional postal insurance. See Domestic Mail Manual R900, S913, and S921 for limitations of coverage on insured and COD mail. See International Mail Manual for limitations of coverage on international mail. Special handling charges apply only to Standard Mail (A) and Standard Mail (B) parcels.

Complete by Typewriter, Ink, or Ball Point Pen

*1163* U.S. POSTAGE $07.20⁰ PB2211913
9470 MAR 03 03
7223 MAILED FROM ZIP CODE 19106

LINDA **MARQUES**                                                  CHECK # _____

# AFFIDAVIT OF SERVICE

| PLAINTIFF/S/<br>THE UNITED STATES OF AMERICA | COURT NUMBER<br>02-CV-4853 |
|---|---|
| | ____ COMPLAINT - MORTGAGE FORECLOSURE |
| DEFENDANT/S/<br>LINDA MARQUES | _XX_ WRIT OF EXECUTION – MORTGAGE ORECLOSURE |
| | ____ COMPLAINT – EJECTMENT |
| | ____ WRIT OF POSSESSION |

**SERVE** →
{
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE
**MARQUES, LINDA**

ADDRESS (Street or Road, Apartment No., City, Boro, Twp., State and ZIP Code)
**218 Jefferson Court**
**Quakertown, PA 18951**

**AT**

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

ADDRESS OF ATTORNEY FOR PLAINTIFF
  GOLDBECK McCAFFERTY & McKEEVER
  Suite 500 – The Bourse Bldg.
  111 S. Independence Mall East
  Philadelphia, PA 19106

Louis Giacomelli, hereby certifies in accordance with law that he did serve upon above named Defendant a true and correct copy of the above-captioned on the ___6___ day of ___MARCH___ 20_03_ at _1:00_ o'clock _P_ .M., in the following manner:

( )  Defendant(s) personally served.
( )  Adult family member with whom said Defendant(s) reside(s).
      Relationship is _____
( )  Adult in charge of Defendant's residence who refused to give name or relationship.
( )  Manager / Clerk of place of lodging in which Defendant(s) reside(s).
( )  Agent or person in charge of Defendant's office of usual place of business.
( )  _____ an officer of said Defendant company.
(X)  POSTED in accordance with Court Order.
( )  Other _____.

On the _____ day of _____, 20___, at ____ o'clock, ___ .M., Defendant not found because:

( ) Moved     ( ) Unknown     ( ) Vacant     ( ) Other _____.

I certify the foregoing to be true and correct.

SWORN TO AND SUBSCRIBED:             SIGNATURE _Louis Giacomelli_
Before me this  _17_  day:
of _May_ , 200_3_:                    PRINT NAME _LOUIS GIACOMELLI_

_____
Notary Public

NOTARIAL SEAL
Kathleen M. Lion, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 14, 2004

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>LINDA MARQUES<br><br>Defendant | CIVIL NO. 02-CV-4853 |

## AFFIDAVIT PURSUANT TO RULE 3129

THE UNITED STATES OF AMERICA, Plaintiff in the above action, by its attorney, Joseph A. Goldbeck, Jr., Esquire, sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

218 Jefferson Court
Quakertown, PA 18951

1. Name and address of Owner or Reputed Owner:

LINDA MARQUES
218 Jefferson Court
Quakertown, PA 18951

2. Name and address of Defendant in the judgment:

LINDA MARQUES
218 Jefferson Court
Quakertown, PA 18951

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

PA DEPARTMENT OF REVENUE
Bureau of Accounts Settlement
P.O. Box 8901
Harrisburg, PA 17105

ROBET E. MARQUIS
7219 Radcliffe Street
Bristol, PA 19007

ELIZABETH ANN MARQUIS
7219 Radcliffe Street
Bristol, PA 19007

PA DEPARTMENT OF PUBLIC WELFARE
Bureau of Child Support Enforcement
Health and Welfare Bldg. - Room 432
P.O. Box 2675
Harrisburg, PA 17105-2675

DOMESTIC RELATIONS OF BUCKS COUNTY
30 East Court Street
Doylestown, PA 18901

4. Name and address of the last recorded holder of every mortgage of record:

5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:

6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

OCCUPANTS/TENANTS
600 Rosalind Run
Yardley, PA 19067

ALAN C. MARQUIS
600 Rosalind Run
Yardley, PA 19067

(attach separate sheet if more space is needed)

I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATED: March 17, 2003

GOLDBECK McCAFFERTY & McKEEVER
BY: Joseph A. Goldbeck, Jr., Esq.
Attorney for Plaintiff

*Please post property by March 24, 2003*

# U.S. Department of Justice
## United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| The United States of America | 02-CV-4853 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Linda Marques | Notice of U.S. Marshall Sale |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Linda Marques

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

218 Jefferson Court, Quakertown, PA 18951

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

GOLDBECK McCAFFERTY & McKEEVER
Suite 500 The Bourse Building
111 S. Independence Mall East
Philadelphia, Pennsylvania 19106

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please post handbill

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| [signature] | 215-627-1322 | 3-3-03 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 66 | No. 66 | George Lee | 3-4-03 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service / Time am/pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | 13.68 |

REMARKS: Posted [illegible]

**NOTE**

PRIOR EDITIONS MAY BE USED    **3. NOTICE OF SERVICE**    FORM USM-285 (Rev. 12/15/80)